UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SEARCH WARRANTS AND : MAG. NO. 07-538-M-01
ARREST WARRANTS :
:
: **UNDER SEAL**

**ORDER**

**FILED**
**NOV - 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the government's motion for leave to file the Affidavit in Support of Search Warrants and Arrest Warrants and accompanying paperwork in the this matter under seal, as well as sealing its Motion to Seal and the resulting Order, and for good cause shown therefor, it is hereby

**ORDERED** that the government's Affidavit in Support of Search Warrants and Arrest Warrants, the accompanying paperwork, the government's Motion to Seal, and this Order, shall be, until further Order of this Court, **SEALED**.

**SO ORDERED**, this ____6th____ day of November, 2007.

THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
    Geoffrey L.J. Carter
    Assistant United States Attorneys
    Fraud & Public Corruption Section
    555 4th Street NW, Room 5235
    Washington, D.C. 20530
    Fax: (202) 307-2304
    e-mail: timothy.lynch2@usdoj.gov