AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

DIANE GUSTUS

**FILED**
NOV  2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 07-538-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DIANE GUSTUS___
                                          Name

and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

mail fraud, conspiracy to commit mail fraud, interstate transportation of stolen property, laundering of monetary instruments, conspiracy to launder monetary instruments, engaging in monetary transactions in property derived from specified unlawful activity, conspiracy to engage in monetary transactions in property derived from specified unlawful activity, bank fraud, conspiracy to commit bank fraud, and conspiracy in violation of Title __18__ United States Code, Sections_1341, 1349, 2314, 1956, 1956(h), 1957, 1344, 371_.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Title of Issuing Officer
NOV 0 6 2007    District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/06/07 | Thomas P. Daly DUSM | [signature] |
| DATE OF ARREST | | |
| 11/07/07 | | |

1408870