**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA )
)
)
)
vs. )          Criminal No. _07-538/M_
*Rima Gustar* )
)                        **FILED**
_____ )
(DEFENDANT)                      NOV 0 8 2007

                                NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____*A. Scott Bolden*_____
                (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

___*A. Scott Bolden*___
(Attorney & Bar ID Number)

___*Reed Smith*___
(Firm Name)

___*1301 K St. N.W. Ste 1100*___   *East Tower*
(Street Address)

___*Wash DC*___   ___*20005*___
(City)   (State)   (Zip)

___*(202) 414-9266*___
(Telephone Number)