UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO. 07-538-M (AK)** |
| **DIANE GUSTUS** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' MOTION TO UNSEAL THE ARREST WARRANT IN THIS CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the arrest warrant in this case (to the extent that this document currently may be sealed).  In support of this motion the United States advises the Court as follows:

1.   On November 6, 2007, this Court issued an arrest warrant for Defendant Diane Gustus.  Law enforcement personnel executed the arrest warrant on November 7, 2007.

2.   Given that the arrest warrant has been executed, the United States now seeks to unseal that document.

WHEREFORE, it is respectfully requested that this motion be granted.

                Respectfully submitted,
                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY
                D.C. Bar. No. 498610

By:   /s/ Geoffrey Carter
TIMOTHY LYNCH, D.C. Bar No. 456506
GEOFFREY L.J. CARTER, D.C. Bar No. 460971
ASSISTANT U.S. ATTORNEYS
555 4th Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 353-4862 and (202) 353-2457
Timothy.Lynch2@usdoj.gov
Geoffrey.Carter2@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of November, 2007, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Defendant, A. Scott Bolden, 1301 K Street, NW, Suite 1100 - East Tower, Washington, D.C. 20005.

                                    /s/ Geoffrey Carter
                              ASSISTANT UNITED STATES ATTORNEY