UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**NOV 07 2007**
Clerk, U.S. District and
Bankruptcy Courts

IN RE ARREST WARRANT          :     MAG. NO. 07-538-M-01
                              :     <u>UNDER</u> <u>SEAL</u>

**GOVERNMENT'S MOTION TO FILE REDACTED VERSION OF AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests permission to file the attached redacted version of the Affidavit in Support of Arrest Warrant in this matter in the public court docket.

The government is attempting to execute all the search warrants and arrest warrants in this and other pending matters before the Court, as well as executing search and arrest warrants in Maryland. The government respectfully requests permission to file the attached, redacted version of the Affidavit in Support of the Arrest Warrant, so that certain personal identifying information will not be released to the public in a way that might compromise privacy rights or hamper the ongoing investigation.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

By: _____
      Timothy G. Lynch, D.C. Bar No. 456506
      Geoffrey L.J. Carter, D.C. Bar No. 460971
      Assistant United States Attorneys
      Fraud & Public Corruption Section
      555 4th Street NW
      Washington, D.C. 20530
      (202) 353-4862
      timothy.lynch2@usdoj.gov