UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE ARREST WARRANT  :  MAG. NO. 07-538-M-01
: UNDER SEAL
:

**FILED**
**NOV 07 2007**
Clerk, U.S. District and
Bankruptcy Courts

ORDER

Upon consideration of the government's motion for leave to file the attached redacted Affidavit in Support of Arrest Warrant, and for good cause shown, it is hereby

**ORDERED** that the government's motion is granted and the attached Affidavit in Support of Arrest Warrant will be filed on the public docket; and it is further

**ORDERED THAT** the remaining materials in this matter will remain under seal until further Order of the Court.

**SO ORDERED**, this 7th day of November, 2007.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Serve: Timothy G. Lynch
Geoffrey L.J. Carter
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street NW, Room 5235
Washington, D.C. 20530
(202) 353-4862
Fax: (202) 307-2304
e-mail: timothy.lynch2@usdoj.gov