UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 07-538-M (AK) |
| DIANE GUSTUS : | |
| : | |
| **Defendant.** : | |

### NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the attached proposed order in connection with its motion to unseal the arrest warrant in this case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar. No. 498610


By:      /s/ Geoffrey Carter
        TIMOTHY LYNCH, D.C. Bar No. 456506
        GEOFFREY L.J. CARTER, D.C. Bar No. 460971
        ASSISTANT U.S. ATTORNEYS
        555 4th Street, N.W., Fifth Floor
        Washington, D.C. 20530
        (202) 353-4862 and (202) 353-2457
        Timothy.Lynch2@usdoj.gov
        Geoffrey.Carter2@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Defendant, A. Scott Bolden, 1301 K Street, NW, Suite 1100 - East Tower, Washington, D.C. 20005.

        /s/ Geoffrey Carter
        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO. 07-538-M (AK)** |
| **DIANE GUSTUS** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

Based on the representations in the United States' Motion to Unseal the Arrest Warrant In This Case, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and that the arrest warrant shall be unsealed.

_____     _____
DATE                                                              THE HONORABLE ALAN KAY
                                                                          UNITED STATES MAGISTRATE JUDGE


cc:   A. Scott Bolden, Esq.
      1301 K Street, NW, Suite 1100 - East Tower
      Washington, D.C. 20005.

      Timothy Lynch
      Geoffrey L.J. Carter
      Assistant United States Attorneys
      555 4th Street, N.W., Fifth Floor
      Washington, D.C. 20530