AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

*Diane Gustus*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-538 M

**FILED**

DEC 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Diane Gustus_, charged in a (complaint) (petition) pending in this District with _Mail fraud + other charges_ in violation of Title _18 USC 956_, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Diane Gustus*
Defendant

12/6/07
*Date*

*A. Scott Bolden*
Counsel for Defendant