IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES Of AMERICA, )<br>)<br>v. )<br>)<br>DIANE GUSTUS )<br>)<br>) | Case No.: 07-00538-M (AK) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendant, Diane Gustus by and through her undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 44.1(d) of the Local Criminal Rules of the United States District Court for the District of Columbia, permitting the appearance of attorney Catherine R. Nguyen, *pro hac vice*, on her behalf. In support of her motion, Diane Gustus states as follows:

1. In addition to the undersigned counsel, Diane Gustus wishes to be represented in this action by attorney, Catherine R. Nguyen, who is also an attorney with the law firm of Reed Smith LLP. Ms. Nguyen is a member in good standing before the bar of the Commonwealth of Virginia. Her application to the Bar of the District of Columbia was accepted for processing in October of 2007 and is still pending. Prior to this request, she has never requested to appear *pro hac vice* before this Court. Ms. Nguyen's Declaration is attached hereto as Exhibit "A."

2. Ms. Nguyen is familiar with the facts and circumstances of the claims alleged in this action and is likewise familiar with the law that will control the outcome of this dispute. Diane Gustus believes that the knowledge and expertise of Ms. Nguyen will assist in the conduct of this action.

3. The requirements of Local Rule 44.1(d) are met because A. Scott Bolden, of the law firm of Reed Smith, LLP, counsel of record for Diane Gustus, is a member in good standing

of the bar of this Court and will also serve as counsel to Diane Gustus. In addition to being admitted to practice before this Court, Mr. Bolden is admitted to the bars of the States of Illinois, New York and the District of Columbia. Mr. Bolden is also admitted to practice in the United States District Courts for the Southern District of New York.

    WHEREFORE, Diane Gustus respectfully requests that this Court grant this motion and admit Catherine R. Nguyen to practice before this Court *pro hac vice*.

    Respectfully submitted,

    ___/s/ A. Scott Bolden___
    A. Scott Bolden, Esq.
    (D.C. Bar No. 428758)
    REED SMITH LLP
    1301 K Street, N.W.
    Suite 1100 – East Tower
    Washington, D.C. 20005
    (202) 414-9200
    Fax (202) 414-9299

    Counsel for Defendant Diane Gustus

Dated: December 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Admission *Pro Hac Vice* was served, via electronic filing, on this 12th day of December 2007, on all parties who have appeared in this action.

                                                                        /s/ A. Scott Bolden

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES Of AMERICA, | ) <br> ) <br> ) |
| v. | ) Case No.: 07-00538-M (AK) <br> ) |
| DIANE GUSTUS | ) <br> ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION of Defendant Diane Gustus' Motion for Admission *Pro Hac Vice* of Catherine R Nguyen, it is by the Court, this ___ day of _____, 2007, hereby

ORDERED that Defendant's Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further hereby

ORDERED that Catherine R. Nguyen is admitted to appear and participate before this Court as additional counsel of record for Diane Gustus in this matter.

_____
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES Of AMERICA, ) | |
| ) | |
| v. ) | Case No.: 07-00538-M (AK) |
| ) | |
| DIANE GUSTUS ) | |
| ) | |

**DECLARATION OF CATHERINE R. NGUYEN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Catherine R. Nguyen, declare the following under penalty of perjury in support of the motion for my application for admission *pro hac vice* as counsel for Diane Gustus in this matter:

1. I am an attorney with the firm of Reed Smith, LLP. My office address is 1301 K St, NW - East Tower, Suite 1100, Washington, DC 20005. My office telephone number is (202) 414-9200.

2. I am currently licensed and in good standing before the bar of the Commonwealth of Virginia.

3. My application to the Bar of the District of Columbia was accepted for processing in October of 2007 and is still pending

4. I have not previously been admitted *pro hac vice* in this Court.

5. I have not been disciplined by any bar.

I swear under penalty of perjury this 12th day of Dec, 2007 that the foregoing is true and correct to the best of my personal knowledge, information and belief.

_____
Catherine R. Nguyen