IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DIANE GUSTUS )<br>)<br>)<br>) | Case No.: 07-00538-M (AK)<br><br>Magistrate Judge Facciola |

## JOINT MOTION FOR CONTINUANCE UNDER THE SPEEDY TRIAL ACT AND FOR AMENDMENT OF DEFENDANT'S RELEASE CONDITIONS

The parties, The United States of America and Defendant, Diane Gustus, through counsel, jointly request a forty-five (45) day continuance under the Speedy Trial Act. The Defendant respectfully requests that the release conditions, entered by this Court on November 7, 2007, be amended by removal of the 10:00pm curfew. In addition, the Defendant also respectfully requests that the release conditions be amended to replace the Defendant's weekly in-person meetings with her probation officer with weekly telephonic meetings. The United States does not object to either proposed amendment to the release conditions. In light of the request for continuance, the Parties also move to vacate the status hearing currently set for Wednesday, March 5, 2008 and reschedule the hearing for a further date.

In support of this motion, the Parties states as follows:

1. With respect to the requested forty-five (45) day continuance, the government and the defendant are each continuing their respective investigations of the facts, and the defendant is reviewing discovery provided by the government. Given the duration and scope of the scheme under investigation, the records in this case are extraordinarily voluminous and complex. The ends of justice in allowing the

       parties to continue their respective investigations of fact, taking into account the exercise of due diligence on both sides, outweigh the interest of the public and the defendant in a speedy trial.

2. The Defendant respectfully requests that the 10:00 p.m. curfew be removed. The curfew has caused the Defendant financial hardship and Defendant would like to seek employment opportunities that would be limited, if not barred, by the curfew. It should be noted that Defendant has never violated any release conditions, including her curfew. Given, the Defendant's desire for employment and her prior compliance with the release conditions, the Defendant respectfully request that the 10:00 p.m. curfew be removed. The United States does not oppose this request.

3. The Defendant respectfully requests that the weekly in-person meetings with the Defendant's probation officer be replaced by weekly telephonic meetings. Telephonic meetings would allow the Defendant more flexibility to pursue job opportunities and thus, alleviate the financial hardships on the Defendant. The United States does not oppose this request.

4. Taking into account the joint request for a continuance under the Speedy Trial Act, the Parties move to vacate the status hearing scheduled for Wednesday, March 5 2008, and reschedule the hearing for a future date. The Parties agree on May 19, 2008 for the rescheduled status hearing if that date is agreeable with the Court.

5. In light of the foregoing, the Parties request that the Court grant a forty-five day continuance under the Speedy Trial Act and that the status hearing scheduled for

March 5, 2008 be vacated and rescheduled to May 19, 2008 if that date is agreeable with the Court. The Defendant also respectfully requests that the release conditions be amended to remove the 10:00 p.m. curfew and also amended to replace the weekly in-person meetings to weekly telephonic meetings with the Defendant's probation officer.

Respectfully submitted,

___/s/ Timothy C. Lynch___
Timothy C. Lynch
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 5233
Washington, DC 20530
(202) 353-4862

___/s/ A. Scott Bolden_____
A. Scott Bolden, Esq.
D.C. Bar No. 428758
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
(202)414-9200
Counsel for Defendant Diane Gustus

Dated: March 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Motion for Continuance under the Speedy Trial Act and for Amendment of Defendant's Release Conditions was served, via electronic filing, on this 3rd day of March 2008, on all parties who have appeared in this action.

/s/ A. Scott Bolden

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES Of AMERICA, ) | |
| ) | |
| v. ) | Case No.: 07-00538-M (AK) |
| ) | |
| DIANE GUSTUS ) | Judge Facciola |
| ) | |

## ORDER

UPON CONSIDERATION of the Joint Motion for Continuance under the Speedy Trial Act and for Amendment of Defendant's Release Conditions, it is by the Court, this ___ day of _____, 2008, hereby

ORDERED that, in as much as the ends of justice in allowing the parties to continue their respective investigations of fact, taking into account the exercise of due diligence on both sides, outweigh the interest of the public and the defendant in a speedy trial, the Joint Motion for a forty-five day continuance under the Speedy Trial Act is hereby GRANTED; and it is further hereby

ORDERED that the Defendant's unopposed motion to amend the release conditions to remove the 10:00 p.m. curfew is hereby GRANTED; and it is further hereby

ORDERED that the Defendant's unopposed motion for the release conditions to be amended to replace the weekly in-person meetings with the Defendant's probation officer with weekly telephonic meetings is hereby GRANTED; and it is further hereby

ORDERED that the Parties' request to vacate the status hearing scheduled for March 5, 2008 and reschedule the hearing for May 19, 2008 is hereby GRANTED.

_____
Magistrate Judge Facciola