IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES Of AMERICA,

v.

DIANE GUSTUS

Case No.: 07-00538-M (AK)

Judge Facciola

## ORDER

UPON CONSIDERATION of the Joint Motion for Continuance under the Speedy Trial Act and for Amendment of Defendant's Release Conditions, it is by the Court, this ___ day of _____, 2008, hereby

ORDERED that, in as much as the ends of justice in allowing the parties to continue their respective investigations of fact, taking into account the exercise of due diligence on both sides, outweigh the interest of the public and the defendant in a speedy trial, the Joint Motion for a forty-five day continuance under the Speedy Trial Act is hereby GRANTED; and it is further hereby

ORDERED that the Defendant's unopposed motion to amend the release conditions to remove the 10:00 p.m. curfew is hereby GRANTED; and it is further hereby

ORDERED that the Defendant's unopposed motion for the release conditions to be amended to replace the weekly in-person meetings with the Defendant's probation officer with weekly telephonic meetings is hereby GRANTED; and it is further hereby

ORDERED that the Parties' request to vacate the status hearing scheduled for March 5, 2008 and reschedule the hearing for May 19, 2008 is hereby GRANTED.

_____
Magistrate Judge Facciola