UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-MJ-538 |
| | : | |
| v. | : | |
| | : | |
| **DIANE GUSTUS** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney David S. Johnson is entering an appearance in the above-captioned matter on behalf of the United States. Assistant United States Attorney Geoffrey Carter will be leaving the United States Attorney's Office on March 28, 2008, and thus should be removed from the docket.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
DAVID S. JOHNSON
Assistant United States Attorney
Bar No. 477298
555 4th Street, N.W., Room 5241
Washington, DC 20530
(202) 514-9620
(202) 307-2304 (fax)
David.Johnson@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 6th day of March, 2008, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program on defense counsel, A. Scott Bolden, Esq., and Catherine Nguyen, Esq.

/s/
DAVID S. JOHNSON
Assistant United States Attorney